AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

# Return

| Case No: SW23-8222 MB | Date and Time Warrant Executed: 4-20-2023   1:12 PM | Copy of Warrant and Inventory Left With: USPS |
|---|---|---|

Inventory made in the presence of:

Postal Inspectors B. Hess and R. Firkin

Inventory of the property taken and name of any person(s) seized:

Medium Flat Rate box with packing material and inner small USPS box containing a clear plastic bag with approximately 125.6 grams of a green leafy substance suspected to be marijuana.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-20-2023

*Anne E. Anderson* (signature)

*Executing officer's signature*

Anne E. Anderson

*Printed name and title*